## In re WHITE.

(Supreme Court, Appellate Division, Second Department. October 10, 1902.)

1. Ex Parte Orders—Payments by Guardian.

An ex parte order requiring payment by the guardian of an infant's property of funds to the attorney of the guardian of the person is improper.

Appeal from special term, Kings county.

In the matter of the application for funds of Josiah J. White, guardian of the person of Frederic Hall White, an infant. From an order refusing to vacate a prior ex parte order requiring the Long Island Loan & Trust Company, guardian of the property of the infant, to pay a retainer to the attorney of the guardian of the person, said company appeals. Reversed.

Argued before GOODRICH, P. J., and BARTLETT, JENKS, WOODWARD, and HIRSCHBERG, JJ.

George S. Ingraham, for appellant.
Alfred R. Page, for respondent.

PER CURIAM. It was improper for the court to grant an order on the ex parte application of the guardian of the person requiring the guardian of the property of the infant to pay over money to the attorney of the former, and the motion to vacate the order so improperly made should have been granted. The petition on which the first order was granted does not set forth the nature of the services rendered and to be rendered with sufficient definiteness and certainty.

The order denying the motion should be reversed, with $10 costs and disbursements, and the motion granted, with costs, but without prejudice to a renewal of the application by the respondent upon proper papers and upon notice.